**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                              NO. 4:06CR00308

JOSE SANCHEZ-REYES                                                                           DEFENDANT

**ORDER**

    Pending before the Court is the Joint Motion to Consolidate the above referenced case for resolution by one United States District Judge. The motion to consolidate is granted. Docket #12. This matter will be addressed by the undersigned at the same time as the other cases which were transferred to this Court by previous order.

    IT IS SO ORDERED this 30th day of August, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE